United States District Court

Eastern District of California

Mark Allen Scarbrough,

    Petitioner,                    No. Civ. S 00-2146 LKK PAN P

  vs.                              Order

Anthony LaMarque,

    Respondent.

-oOo-

April 15, 2005, petitioner requested an extension of time to file and serve objections to findings and recommendations. Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: May 12, 2005.

                                       /s/ Peter A. Nowinski
                                       PETER A. NOWINSKI
                                       Magistrate Judge