IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK SCARBROUGH,

    Petitioner,                    No. CIV S -00-2146 LKK PAN P

    vs.

ANTHONY LAMARQUE,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's August 15, 2005, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1

1       For the reasons set forth in the magistrate judge's March 21, 2005, findings and
2  recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3  right. Accordingly, a certificate of appealability should not issue in this action.
4       IT IS SO ORDERED.
5  DATED: September 20, 2005.
6
7                                           /s/Lawrence K. Karlton
                                            UNITED STATES DISTRICT JUDGE
  /scar2146.830den
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26